# EXHIBIT 1

| District Court, Denver County, Colorado<br>Court Address:<br>1437 Bannock Street<br>Denver, CO 80202 | |
|---|---|
| Plaintiff: COLORADO PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION,<br><br>v.<br><br>Defendant: PERA, LLC, a Nevada limited liability company. | ▲ COURT USE ONLY ▲<br><br>Case Number: 2020cv33058<br><br>Division:        Courtroom: 466 |
| **DISTRICT COURT CIVIL SUMMONS** | |

**TO THE ABOVE NAMED DEFENDANT:** <u>PERA, LLC, a Nevada limited liability company</u>

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: <u>September 4, 2020</u>

_____
Caleb Durling, Atty. No. 39253

<u>Fox Rothschild LLP, 1225 17th Street, Suite 2200</u>
Address of Plaintiff

<u>Denver, CO 80202</u>

<u>(303) 292-1200</u>
Plaintiff's Phone Number

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files the case more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

TO THE CLERK: If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

JDF 600  R10-13  DISTRICT COURT CIVIL SUMMONS

113963615

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED: September 3, 2020 4:10 PM<br>FILING ID: 74E2C94274180<br>CASE NUMBER: 2020CV33058 |
| **Plaintiff:**<br>COLORADO PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION,<br><br>v.<br><br>**Defendant:**<br>PERA, LLC, a Nevada limited liability company. | ▲ **COURT USE ONLY** ▲ |
| *Attorneys for Plaintiff*<br>Caleb Durling, #39253; cdurling@foxrothschild.com<br>Maureen Carroll, #43218; mcarroll@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>1225 17th Street, Suite 2200<br>Denver, CO 80202<br>Telephone: (303) 292-1200<br>Facsimile: (303) 292-1300 | Case No.:<br><br>Division: |
| **COMPLAINT** | |

Plaintiff Colorado Public Employees' Retirement Association ("PERA") by and through its undersigned counsel, submits this Complaint against Defendant PERA, LLC ("PERA, LLC"):

## NATURE OF ACTION

1. This case concerns Defendant PERA, LLC's unlawful and deceptive conduct. In a plain attempt to imitate PERA, the state's retirement plan for most public employees, PERA, LLC holds itself out as "Public Employees Retirement Assistance" and uses the acronym "PERA" when it contacts members of PERA. Under the guise of a claimed affiliation with PERA, PERA, LLC has engaged in a deceitful marketing campaign to lure Colorado's public employees into engaging with third-party investment representatives. PERA, LLC has solicited Colorado's public employees under false pretenses and has misrepresented that the third-party investment representatives are approved by PERA or the PERA employer, when they are not. PERA, LLC has contacted thousands of Colorado public employees in an effort to take advantage of and benefit from PERA's goodwill and reputation with its membership. Defendant's conduct is unlawful, deceptive, and a threat to the PERA membership. PERA seeks redress for Defendant's unlawful

113818644

conduct and asserts claims for violation of the Colorado Consumer Protection Act (the "CCPA") and unfair competition.

## PARTIES

2.  PERA is a body corporate and instrumentality of the State of Colorado under C.R.S. § 24-51-201, whose principal place of business is 1301 Pennsylvania Street, Denver, CO 80203.

3.  Upon information and belief, PERA, LLC is a limited liability company organized under the laws of the State of Nevada, whose principal place of business is 3540 W. Sahara Avenue, #289, Las Vegas, NV 89102.

## JURISDICTION AND VENUE

4.  Jurisdiction over Defendant is proper pursuant to C.R.S. § 13-1-124 because PERA, LLC is authorized to do business in Colorado, transacts business in Colorado, and committed tortious acts in Colorado.

5.  Venue is proper in the City and County of Denver, Colorado, pursuant to C.R.C.P. 98(c)(1) because Defendant is a nonresident of Colorado and the City and County of Denver is the county designated in this complaint.

## GENERAL ALLEGATIONS

### *PERA's Role as the Trusted Retirement Plan for Many Coloradans*

6.  PERA is the retirement plan for most public employees in the state of Colorado. It includes over 620,000 members and benefit recipients. Approximately 411 public employers in Colorado are affiliated with PERA to provide their employees with pension and other benefits.

7.  PERA has a significant financial impact on the state of Colorado and its citizens. In 2019, PERA paid over $4.7 billion in pension benefits, including $4.1 billion paid to 105,508 PERA benefit recipients in the state.

8.  Most PERA members are exempt from Social Security, and so their PERA benefit (absent prior or additional work experience) will be their primary, if not sole, retirement benefit.

9.  PERA is the trustee of the trusts in which its members' and corresponding employer contributions are held. PERA is a fiduciary to its members. C.R.S. § 24-51-207.

10. As a fiduciary to its members, PERA has a duty to protect its members and their interests in the trusts.

2

11. Members' records are highly confidential. They can include one's social security number, salary history, and health records. PERA is required by Colorado law to keep this information confidential. C.R.S. § 24-51-213.

12. PERA communicates with its membership by several channels—email, its website, social media, and mailings. Its intent is to ensure its membership understands their retirement benefits as well as their alternatives.

13. PERA contracts with several outside vendors. Each of those vendors is carefully vetted and screened and agrees to comply with PERA's governing law and rules. PERA communicates to its members about affiliated outside vendors so that its members can know that the vendors have a relationship with PERA.

14. It is critical that PERA's membership understands when information is coming from PERA and when it is coming from others who are not affiliated with PERA. With a wide age range of its members including those who are retired, it is quite concerning when entities purport to represent PERA to take advantage of its members and their long-standing trust and reliance on PERA for critical financial information about their retirement.

15. PERA is vigilant about protecting its members' retirement assets and personal financial information, including their social security numbers, from improper attempts by third parties attempting to solicit that information and access their members' highly personal information.

### *PERA, LLC's Deliberate Attempts to Pass Off Its Services as Affiliated with PERA*

16. This case involves the precise situation of a party deceiving PERA members by using a similar name and suggesting it is a related, affiliated entity in a ploy for members to share their personal financial information and, upon information and belief, move their accounts from PERA when it may not be in the best interests of the member.

17. Contrary to its name, PERA, LLC is not a retirement assistance company. Rather, it is a company that solicits leads and then sells those leads to financial companies. PERA, LLC brags on its LinkedIn page that its "one of a kind marketing engine generates both pre-scheduled face to face and conference call appointments between school district employees seeking retirement and financial advice, and qualified Retirement Specialists in their area. *Generating appointments is our only business, and we do our business extremely well.*"

18. PERA, LLC generates its leads by soliciting PERA members and relying on the similarity of the names to lure them in.

19. Although Defendant PERA, LLC has *no* affiliation or association with PERA or any PERA employer, it holds itself out to Colorado's public employees as an organization affiliated with "state-licensed representatives" that are purportedly capable of assisting public employees with their retirement-related needs and questions.

3

20. PERA, LLC's logo is also similar to PERA's logo. It has a similar shape and outline as PERA's logo, which is a registered trademark of PERA.

21. PERA, LLC's website represents that it is an organization that "facilitates meetings between state-licensed representatives and public employees who have individual retirement related questions." *See* www.publicemployeeretirementassistance.com.

22. Upon information and belief, one purpose of these meetings is for the representatives (who pay PERA, LLC for the lead) to secure the personal financial information of the PERA member and then encourage the members to transfer their accumulated PERA retirement accounts to a third-party retirement product.

23. PERA, LLC's website further represents that "[e]very state licensed representative is *appointed* with one or more of the *institutions approved vendors* [sic]." *Id.* (emphasis added).

24. Not only is Defendant holding itself out to the public as being affiliated with PERA or its employers, it also identifies itself as "Public Employee Retirement Assistance" and uses the acronym "PERA," which is identical to the well-recognized acronym used by Plaintiff. Defendant is plainly intending to imitate Plaintiff.

25. PERA, LLC's intentional use of the phrase "Public Employee Retirement Assistance" and the acronym "PERA" is a means of confusing the public employees of Colorado and luring them into believing that PERA, LLC is affiliated with or endorsed by PERA when it is not.

26. PERA, LLC's misrepresentations about its affiliations with PERA or any PERA employer and its status as an approved vendor, as well as its use of a trade name that is identical to PERA's and a similar logo, has caused and will continue to cause confusion in the market, unless it is enjoined from continuing such conduct.

***PERA, LLC Targets Jefferson County School District Employees with False Statements***

27. In the past, PERA, LLC, targeted Jefferson County School District ("JeffCo SD") employees who are members of PERA. PERA, LLC emailed over 4,000 of them claiming an affiliation with PERA and/or JeffCo SD.

28. The result of PERA, LLC's campaign against JeffCo SD employees is that JeffCo SD has issued an alert to its staff to be aware of the email campaign launched by PERA, LLC. *See* Retirement Consultation Alert, https://secure2.jeffco.k12.co.us/alerts/view.php?page=277. JeffCo SD has warned that representatives of PERA, LLC are contacting its employees, purporting to be "approved" by the JeffCo SD, and prompting employees to sign up for an annual financial review.

4

113818644

### *PERA, LLC Refuses to Stop Contacting PERA Members*

29. In May 2020, PERA sent a letter to Chris Murphy, who is believed to be the founder of PERA, LLC, requesting that Defendant stop contacting PERA's members and implying that it was affiliated with PERA by using the name "PERA."

30. PERA, LLC did not respond to PERA's request and has continued contacting PERA's members under false pretenses, making false representations about its association with PERA or the PERA employer, and using the name "PERA" to lure public employees into disclosing confidential and personal financial information.

### *PERA, LLC Targets Boulder Valley School District Employees with False Statements*

31. Instead of ceasing its false advertisement, PERA, LLC has redoubled its efforts in 2020 to target PERA members.

32. Over the past several months, PERA, LLC has conducted email campaigns targeting public employees in Colorado whereby PERA, LLC implies that it is affiliated or endorsed by the State of Colorado and offering "consultations" to meet with a representative for retirement questions.

33. For example, on May 2, 2020, a representative of PERA, LLC sent an employee of Boulder Valley School District ("BVSD") the following solicitation email to his BVSD email address:

> From: Terry Jordan <terry@educationreview.com>
> Date: Sat, May 2, 2010 at 2:16 AM
> Subject: Informational Session on Retirement and Finances
> To: ███████████
>
> Employer: ████
>
> All employees of Boulder Valley School District are eligible to schedule a phone call, teleconference, or in-person meeting off campus with a representative for answers to your specific state, federal and individual retirement benefit questions.
>
> At your consultation, you will be provided with information on what your expected income will be from your pension when you retire, and how much longer you will have to work. You will also receive advice on how to save more money, without affecting your take home pay, and the best ways to utilize your options with your pension and/or Social Security benefits.
>
> *Please be sure to indicate which type of appointment if you prefer a Skype, personal call, or takeover screen in the notes section while scheduling. Please also include your direct dialing phone number.*
>
> Appointments fill up quickly. Secure your spot by clicking the link below, or reply "yes" to this email
>
> http://app.employeeretirementassistance.com/index.html#appointment[…]
>
> All licensed representatives are not employees of the district or the pension system.
>
> To opt out of future mailings, click on the following link
> http://app.employeeretirementassistance.com/index.html#appointment[…]unsubscribe

Figure 1, *Email Dated May 2, 2010 to BVSD Employee.*

34.     Around the same time, PERA, LLC sent the email displayed in Figure 1, or one substantially similar it, to over 2,200 BVSD employees who were PERA members.

35.     The email is intentionally personalized, which adds to PERA, LLC's intended effect of confusing and deceiving the target individuals.

36.     The email contained links which took the recipient to the PERA, LLC website, which has the PERA name prominently on it to suggest a link between PERA, LLC and PERA. On its website, PERA, LLC refers to itself only as "PERA," and never includes its full name to show that it is a different, unaffiliated organization.

37.     One BVSD employee contacted PERA, LLC after receiving one of Defendant's deceptive emails, and questioned the legitimacy of the company. The response received from PERA, LLC included false statements:

6

113818644

> "Dear Susan,
>
> CERA is a third-party marketing organization that facilitates meetings between state-licensed representatives and public employees. The representatives who meet with the employees on the date and time the employee chose are appointed with one or more of the District's vendors.
>
> There is no phishing, or malintent behind our marketing. We provide a service to the employees of institutions across the country educating them on their state, federal and other retirement benefits. I think you'll find the level of service we provide is what helped us over the years to establish a stellar track record with both districts and district employees.
>
> The purpose of these meetings is to help you gain a true understanding of your state retirement system, as well as assist in aligning and maximizing the returns from other retirement savings.
>
> If you'd like more information please visit our website at [Removed]"

Figure 2, *Text of Email Responding to BVSD Employee.*

38. In its response, Defendant claimed that "[t]he representatives who meet with the employees . . . are *appointed with one or more of the District's vendors*." Figure 2 (emphasis added).

39. This statement is false. None of Defendant's representatives have been "appointed" or otherwise vetted and approved by PERA, BVSD, or the State of Colorado.

40. PERA, LLC is not an approved vendor of BVSD, PERA, or the State of Colorado.

41. PERA, LLC's false statements effectively confuse PERA members. Over 30 BVSD employees confirmed appointments with PERA, LLC as a result of its deceptive email campaign.

### *PERA, LLC Targets Falcon School District Employees with False Statements*

42. In another example, an employee of the Falcon School District ("FSD") who is also a PERA member, received a soliciting email from PERA, LLC in July 2020.

43. As a result of the email, the FSD employee contacted PERA, LLC, believing PERA, LLC to be PERA.

44. A PERA, LLC representative told her that PERA, LLC could help her plan her retirement because PERA was too busy to help her and did not know all the "ins and outs" when it comes to retirement and social security.

45. PERA, LLC told the FSD employee that PERA, LLC contracts with PERA and is sanctioned by PERA Board of Directors.

7

113818644

46. At this point, the FSD employee called PERA to determine whether PERA, LLC was in fact affiliated with PERA and confirmed this was not true.

47. PERA, LLC's statements to the FSD employee that PERA, LLC contracts with PERA and is sanctioned by the PERA Board were categorically false.

48. The PERA, LLC representative then gave the FSD employee incorrect advice about rolling over her retirement account. PERA, LLC advised the FSD employee that a rollover from her 403(b) retirement account could be paid to her directly and then transferred to PERA, LLC before it could be rolled into PERA. An employee who rolls a 403(b) retirement account to herself would incur immediate tax consequences as she would be deemed to be cashing it out, and also could face penalties for an early withdrawal. An employee also cannot roll a 403(b) retirement account into his or her PERA defined benefit account.

49. PERA, LLC made misleading statements to the FSD employee and gave her incorrect retirement advice which could cause the employee adverse tax consequences after the employee only contacted PERA, LLC because she believed the company was affiliated with PERA.

***PERA, LLC Targets Cheyenne Mountain School District Employees with False Statements***

50. In July 2020, one or more PERA members of the Cheyenne Mountain School District ("CMSD") received emails from PERA, LLC.

51. The email claimed that members of CMSD were "eligible" each year to "schedule a phone call, teleconference, or in-person meeting off campus with a representative for answers to your specific state, federal and individual retirement benefit questions."

52. The email encouraged the member to act quickly and claimed that the representatives with whom they meet "are appointed with district-approved vendors."

53. PERA, LLC's statements to the CMSD PERA members were deceptive and false. These PERA, LLC representatives are not appointed by district-approved vendors. In addition, the emails deceive members with claims that the members have an annual eligibility to meet as to retirement questions.

54. The email confused the CMSD recipients, who inquired internally and then with PERA, whether PERA, LLC was affiliated with PERA and contacting the members with PERA's knowledge and permission.

***PERA, LLC's Misconduct and Injury to the PERA Membership Will Not Stop Absent Relief from this Court***

55. As can be seen from the examples above, PERA, LLC is bombarding thousands of PERA members with deceptive emails.

8

56. PERA, LLC is making false statements about having an affiliation with PERA or being approved by PERA to lure PERA members into setting up meetings with PERA, LLC's unapproved financial representatives with the goal of soliciting their personal financial information, "educating" the members about transferring their retirement savings from PERA to the unapproved financial representatives' company.

57. Upon information and belief, PERA, LLC has provided similar misleading and false information to other public employees who have inquired about Defendant's operation or organization.

58. Upon information and belief, PERA, LLC's targeted email campaign of public employees throughout the State of Colorado has continued to the present.

59. PERA, LLC's deceptive conduct harms the PERA membership in multiple ways. It confuses PERA's members who may share their personal information with PERA, LLC, believing it is affiliated with PERA when it is not. The fact that over dozens of PERA members have responded and set up meetings with PERA, LLC shows the pernicious effect of these solicitations.

60. PERA, LLC's conduct has caused PERA damages in an amount to be determined at trial, and it has harmed PERA's goodwill and reputation in the market and community. PERA is entitled to damages, as well as injunctive relief to prevent PERA, LLC from continuing its unscrupulous behavior.

### **FIRST CLAIM FOR RELIEF**
(Violation of the Colorado Consumer Protection Act, C.R.S. § 6-1-113)

61. PERA incorporates the allegations contained in this Complaint.

62. PERA, LLC has engaged in, and continues to engage in, an unfair or deceptive trade practice by sending unsolicited emails to thousands of public employees, which emails use marking tactics and indicia that are intended to confuse and mislead the recipient into believing that the email has been sent by PERA or one of its approved vendors.

63. PERA, LLC engaged in the unfair and deceptive trade practice during the course of its business.

64. The unfair and deceptive trade practice significantly impacts the public as actual or potential consumers of PERA's services and/or products. PERA, LLC has already contacted thousands of PERA's members in Colorado.

65. As a result of PERA, LLC's conduct, PERA and its membership have been and will continue to be injured in the course of its business, and have suffered and will continue to suffer an injury in fact to a legally protected interest.

113818644

66. PERA, LLC has acted in bad faith. Its business model relies on confusion and deception, copying PERA's name, imitating PERA's logo, relying on PERA's reputation, and falsely claiming its salesforce is approved by PERA or the PERA employer when it is not.

67. PERA, LLC's unfair or deceptive trade practice has caused PERA to suffer damages as well as damage to its goodwill and reputation.

## SECOND CLAIM FOR RELIEF
(Unfair Competition)

68. PERA incorporates the allegations contained in this Complaint.

69. PERA, LLC's misappropriation and misuse of certain trade indicia, such as the titles "Public Employees Retirement Assistance" and use of the acronym "PERA," has caused and continues to cause confusion among PERA's members who are Colorado public employees and retirees.

70. PERA, LLC's misappropriation and misuse of PERA's name and logo has deceived and confused PERA members who have struggled to distinguish between PERA, LLC and PERA.

71. PERA, LLC has engaged in an unlawful and deceitful campaign of contacting Colorado's public employees under false pretenses and has made affirmative misrepresentations about its association or affiliation with PERA, PERA employers, or the State of Colorado.

72. As a result of PERA, LLC's unlawful and tortious conduct, PERA has been damaged in an amount to be proven at trial. Not only is PERA entitled to its damages, it is also entitled to recover the profits PERA, LLC realized as a result of its unlawful and tortious conduct.

73. Additionally, PERA seeks appropriate injunctive relief against PERA, LLC, which injunction would, without limitation, prohibit PERA, LLC from sending unsolicited and misleading emails to Colorado's public employees.

## RELIEF REQUESTED

Wherefore, Plaintiff respectfully requests the following relief:

A. Judgment in favor of Plaintiff and against Defendant on all claims;

B. Injunctive relief prohibiting Defendant from soliciting PERA's members;

C. An award of damages to include PERA's actual or statutory damages as proven at trial, subject to treble damages under C.R.S. § 6-1-113(2);

D. PERA, LLC's profits realized as a result of its unlawful conduct;

E. Attorney fees and costs pursuant to C.R.S. § 6-1-113(2)(b);

10

113818644

F.   Pre- and post-judgment interest pursuant to law; and

G.   Such other and further relief as the Court deems fit.

Dated this 3rd day of September, 2020.

Respectfully submitted,

*s/ Caleb Durling*
Caleb Durling, #39253
Maureen Carroll, #43218
FOX ROTHSCHILD LLP
*Attorneys for Plaintiff Colorado Public Employees' Retirement Association*

**Plaintiff's Address**:
Colorado Public Employees' Retirement Association
1301 Pennsylvania Street
Denver, CO 80203

11

113818644

☐ **FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

DATE FILED: September 3, 2020 4:16 PM
FILING ID: 74E2C94274180
CASE NUMBER: 2020CV33058

| | |
|---|---|
| District Court, Denver County, Colorado<br>Court Address:<br>1437 Bannock Street<br>Denver, CO 80202 | |
| Plaintiff: COLORADO PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION,<br><br>v.<br><br>Defendant: PERA, LLC, A Nevada limited liability company. | ▲ COURT USE ONLY ▲ |
| *Attorneys for Plaintiff*<br>Caleb Durling, #39253; cdurling@foxrothschild.com<br>Maureen Carroll, #43218; mcarroll@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>1225 17th Street, Suite 2200<br>Denver, CO 80202<br>Telephone: (303) 292-1200<br>Facsimile: (303) 292-1300 | Case Number:<br><br><br><br><br><br>Division        Courtroom |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

    ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

    ☐ This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

**Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

**Date:** September 3, 2020         *s/ Caleb Durling*
                                    **Signature of Party or Attorney for Party**

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

| | DATE FILED: September 3, 2020 5:09 PM |
|---|---|
| DISTRICT COURT, DENVER, COLORADO<br>1437 Bannock Street, Room 256<br>Denver, CO 80202 | CASE NUMBER: 2020CV33058 |
| Plaintiff:   COLORADO PUBLIC EMPLOYEES'<br>RETIREMENT ASSOCIATION<br><br>v.<br><br>Defendant:   PERA, LLC | ☐ COURT USE ONLY ☐<br><br>Case No:  2020CV33058<br><br>Courtroom:  259 |
| **RECUSAL ORDER AND ORDER OF REASSIGNMENT** ||

THIS MATTER is before the Court *sua sponte*.

Judge Michael A. Martinez hereby recuses himself in this matter. This case is reassigned to Courtroom 466. Parties shall contact Courtroom 466 for any pending matters.

DATED this 3rd day of September, 2020.

BY THE COURT:

_____
Michael A. Martinez
Chief Judge